AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2024**

SEAN F. McAVOY, CLERK

ROBERT LARAMIE GOMES,

*Plaintiff*

v.

YAKIMA COUNTY JAIL, CPL. GOSNEY, LEGAL RECORDS DEPARTMENT, SANDRA BESS, MS. TREVINO, and MENTAL HEALTH AND MEDICAL DEPARTMENT,

*Defendant*

Civil Action No. 1:23-cv-03071-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: For the reasons set forth in the Order Dismissing Action, ECF No. 24, and in the Order to Amend or Voluntarily Dismiss Complaint and Order Denying Motions of Appointment of Counsel, ECF No. 11, IT IS ORDERED that this action is DISMISSED for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: 9/6/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams